

Monday, September 16, 2013

No. 14–0029/AR. U.S. v. Ronald J. Davis. CCA 20100815. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 3, 2013.

No. 14–0031/AF. U.S. v. Gary B. Higgins. CCA 38202. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 3, 2013.

No. 14–0035/AF. U.S. v. Dennis D. Keller. CCA 37729. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 3, 2013.